UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                       18-cr-0157 (LAK)

AGUSTIN ZAMORA-VEGA,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's letter motion to be released to home detention pending sentencing [DI 73] is denied substantially for the reasons set forth in the government's letter dated April 9, 2020, which will be filed under seal.

        The government shall filed its letter under seal as promptly as circumstances permit.

        SO ORDERED.

Dated:     April 17, 2020

                                                   /s/    Lewis A. Kaplan
                                                   _____
                                                                 Lewis A. Kaplan
                                                           United States District Judge