LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2022

MEMO ENDORSED

January 26, 2022

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Augustin Zamora-Vega, 18 cr 157 (LAK)

Dear Judge Kaplan;

    Defendant Zamora is scheduled to be sentenced on February 9th. Because of MDC COVID restrictions, and my very late receipt of sentencing letters on behalf of Zamora I write to request a continuance of the sentencing to a date the week of March 7th, convenient to your Honor, but please not March 9th. AUSA Rebold on behalf of he Government consents to this application.

    Thank you.

Adjourned to March 10 at 10:30 a.m.
SO ORDERED

LEWIS A. KAPLAN, USDJ
1/26/22

Respectfully,

B. Alan Seidler

bas/ee